**No. 42783.**—Protests 4547–K, etc., of American Merchandise Co., Inc., et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of paperweights similar to those the subject of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20). The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 42784.**—Protests 745150–G, etc., of Enzinger Union Corp. et al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, DECEMBER 7, 1939

**No. 42785.**—Protest 917510–G of Ignaz Strauss & Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of paperweights. The claim at 40 percent under paragraph 339 was sustained on the authority of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20).

**No. 42786.**—Protests 989877–G, etc., of Gerstenzang-Werner Co. et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of metal savings banks similar to those the subject of Abstract 38680. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 42787.**—Protest 984318–G of S. Lisk & Bro. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of metal savings banks similar to those the subject of Abstract 38680. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 42788.**—Protests 983396–G, etc., of Baron & Arnof, Inc., et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of calendars, candelabra, flower holders, jardinieres, water sprinklers, photo frames, powder boxes, stud boxes, and bottles chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C.C.P.A. 103, T.D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857), and *Rice* v. *United States* (T. D. 49373) cited.